Filed
7/29/2019 4:31 PM
Anne Lorentzen
District Clerk
Nueces County, Texas

## CAUSE NO. 19FC-1013C

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 94TH DISTRICT COURT |
| | § | |
| VS. | § | OF NUECES COUNTY |
| | § | |
| GARY DAVID GREEN | § | |

FILED
COURT OF CRIMINAL APPEALS
8/28/2019
DEANA WILLIAMSON, CLERK

## ORDER

Mr. Green was convicted of capital murder and sentenced to death on June 26, 2019. Mr. Green was determined to be indigent at the time of his trial, and he remains so as a death-sentenced person.

When an indigent death-sentenced person needs counsel in state post-conviction proceedings, the Code of Criminal Procedure provides that the Office of Capital and Forensic Writs shall be appointed for that purpose, unless the office is unable to accept the assignment. See generally TEX. CODE CRIM. PROC. art. 11.071 § 2, § 6(b-1).

This Court finds that Mr. Green is indigent and desires to have counsel appointed for the investigation, filing and litigation of a writ of habeas corpus under Art. 11.071, Texas Code of Criminal Procedure. Therefore, the Court hereby appoints the Office of Capital and Forensic Writs, Benjamin B. Wolff, Director, as counsel for defendant to investigate the case, file the appropriate application(s), and represent the defendant fully.

Appointed counsel's address is:

Office of Capital and Forensic Writs
Benjamin B. Wolff, Director (TX Bar #: 24091608)
1700 North Congress Avenue, Suite 460
Austin, Texas 78711
(512) 463-8502
(512) 463-8590 -- fax
Benjamin.Wolff@ocfw.texas.gov

The District Clerk is hereby ordered to forward a copy of this Order and Notice to the Office of Capital and Forensic Writs and the Court of Criminal Appeals. The District Clerk is also hereby ordered to forward a complete record of all proceedings in this cause to appointed counsel, including the Reporter's Record and the entire Clerk's Record, including sealed portions thereof.

SO ORDERED on this ___29th___ Day of July, 2019

The Honorable Judge Maria Teresa Herr
Senior District Judge, Presiding by appointment
94th District Court